IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lathan, Howard L

Printed: 11/20/07

Case Number: 04 B 28241
Judge: Hollis, Pamela S

Filed: 7/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: November 2, 2007
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 46,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 40,065.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 894.00 |
| Trustee Fee: |  | 2,240.56 |
| Other Funds: |  | 3,600.00 |
| Totals: | 46,800.00 | 46,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 894.00 | 894.00 |
| 2. | RoundUp Funding LLC | Unsecured | 5,876.65 | 8,891.78 |
| 3. | National Capital Management | Unsecured | 2,073.29 | 3,137.03 |
| 4. | RoundUp Funding LLC | Unsecured | 240.60 | 364.01 |
| 5. | First Consumers National Bank | Unsecured | 180.85 | 273.63 |
| 6. | Resurgent Capital Services | Unsecured | 959.77 | 1,452.19 |
| 7. | World Financial Network Nat'l | Unsecured | 140.58 | 212.68 |
| 8. | Tx Collect Inc | Unsecured | 3,337.97 | 5,049.99 |
| 9. | ECast Settlement Corp | Unsecured | 316.82 | 479.33 |
| 10. | Resurgent Capital Services | Unsecured | 1,067.64 | 1,615.23 |
| 11. | Premier Bankcard | Unsecured | 223.49 | 338.12 |
| 12. | American Express Travel Relate | Unsecured | 4,544.93 | 6,875.99 |
| 13. | ECast Settlement Corp | Unsecured | 1,094.36 | 1,655.83 |
| 14. | Specialized Management Consultants | Unsecured | 1,179.80 | 1,784.92 |
| 15. | American Express Travel Relate | Unsecured | 2,212.21 | 3,346.84 |
| 16. | American Express Centurion | Unsecured | 2,106.58 | 3,187.03 |
| 17. | Capital One | Unsecured | 231.55 | 350.31 |
| 18. | Capital One | Unsecured | 694.31 | 1,050.53 |
| 19. | Chase Advantage Credit | Unsecured |  | No Claim Filed |
| 20. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 21. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 22. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,375.40 | $ 40,959.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lathan, Howard L

Printed:  11/20/07

Case Number:  04 B 28241
Judge:  Hollis, Pamela S
Filed:  7/30/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 545.18 |
| 4% | 141.84 |
| 3% | 109.60 |
| 5.5% | 591.04 |
| 5% | 182.66 |
| 4.8% | 345.62 |
| 5.4% | 324.62 |
|  | _____ |
|  | $ 2,240.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_